Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                        Case No.: 12−26769−KCF
                        Chapter: 13
                        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Javier Rosario                                    Diana K Rosario
   2701 Lighthouse Lane                     2701 Lighthouse Lane
   Parlin, NJ 08859                             Parlin, NJ 08859

Social Security No.:
   xxx−xx−5683                                    xxx−xx−8733

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on December 14, 2017.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: December 15, 2017
JAN: ckk

                                                                                   Jeanne Naughton
                                                                                   Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 12-26769-KCF
Javier Rosario                                                  Chapter 13
Diana K Rosario
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2                  Date Rcvd: Dec 15, 2017
                              Form ID: 148               Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db/jdb         +Javier Rosario,    Diana K Rosario,    2701 Lighthouse Lane,    Parlin, NJ 08859-2427
513179958      +Aspire,    Pob 105555,    Atlanta, GA 30348-5555
513430676      +CAPITAL ONE BANK (USA), N.A.,     PO Box 12907,    Norfolk VA 23541-0907
513179961      +Chela/Sallie Mae,    Attn: Claims Department,     Po Box 9500,    Wilkes-Barre, PA 18773-9500
513179970       Fia Csna/Bank of America,    Attn: Bankruptcy,    Po Box 15021,    Wilmington, DE 19850
516294693       Navient Solutions, Inc. FKA Sallie Mae ECFC,     PO Box 9640,    Wilkes-Barre, PA  18773-9640
513179980       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
513179982      +Raritan Bay Federal Cu,    491 Raritan St,    Sayreville, NJ 08872-1442
513257566       Sallie Mae, Inc. on behalf of ECMC,    ECMC,    PO Box 75906,    St. Paul, MN. 55175-0848
513179985      +Sayerville Township,    167 Main Street,    Sayreville, NJ 08872-1149
513179986      +Slomins,    125 Lauman Ln.,    PO Box 1886,    Hicksville, NY 11802-1886

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2017 22:14:28      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2017 22:14:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513179960       EDI: HFC.COM Dec 15 2017 21:58:00      Beneficial,    P.O. Box 17574,    Baltimore, MD 21297-1574
513630848      +E-mail/Text: DONNA@SAYREVILLE.COM Dec 15 2017 22:14:23      Borough of Sayreville,    167 Main St,
                 Sayreville, NJ 08872-1198
513179965       EDI: CITICORP.COM Dec 15 2017 21:58:00      Citibank Usa,
                 Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,    Kansas City, MO 64195
513204600      +EDI: TSYS2.COM Dec 15 2017 21:58:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513179967      +EDI: TSYS2.COM Dec 15 2017 21:58:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
513194158       EDI: RMSC.COM Dec 15 2017 21:58:00      GE Capital Retail Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,    Orlando FL 32896-0661
513194155       EDI: RMSC.COM Dec 15 2017 21:58:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
513179971      +EDI: RMSC.COM Dec 15 2017 21:58:00      Gecrb/auto Pride,    Po Box 981439,
                 El Paso, TX 79998-1439
513179972      +EDI: RMSC.COM Dec 15 2017 21:58:00      Gemb/walmart,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
513179974      +EDI: CITICORP.COM Dec 15 2017 21:58:00      Goodyr/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
513386479      +EDI: HFC.COM Dec 15 2017 21:58:00      HSBC Mortgage Services, Inc.,    P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
513179975      +EDI: HFC.COM Dec 15 2017 21:58:00      Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,
                 Carol Stream, IL 60197-5213
513179977      +EDI: HFC.COM Dec 15 2017 21:58:00      Hsbc/rs,    Attn: Bankruptcy Department,    Po Box 5263,
                 Carol Stream, IL 60197-5263
513365227       EDI: JEFFERSONCAP.COM Dec 15 2017 21:58:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
513400562       EDI: PRA.COM Dec 15 2017 21:58:00      Portfolio Recovery Associates, LLC,    c/o Beneficial,
                 PO Box 41067,    Norfolk VA 23541
513318673       EDI: PRA.COM Dec 15 2017 21:58:00      Portfolio Recovery Associates, LLC,    c/o Thd,
                 POB 41067,    Norfolk VA 23541
513301753       EDI: PRA.COM Dec 15 2017 21:58:00      Portfolio Recovery Associates, LLC,    c/o Wal-mart,
                 POB 41067,    Norfolk VA 23541
513882110      +EDI: PRA.COM Dec 15 2017 21:58:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541,    PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513882109      +EDI: PRA.COM Dec 15 2017 21:58:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
513275315      +E-mail/Text: bankruptcy@pseg.com Dec 15 2017 22:13:53      PSEG,    PO BOX 490,
                 Cranford, NJ 07016,    Att:Bankruptcy Dept 07016-0490
513179984      +EDI: RMSC.COM Dec 15 2017 21:58:00      Sams Club / GEMB,    Attention: Bankruptcy Department,
                 Po Box 103104,    Roswell, GA 30076-9104
516491923      +E-mail/Text: jennifer.chacon@spservicing.com Dec 15 2017 22:15:16
                 U.S. Bank National Association, as indenture,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250,    U.S. Bank National Association, as inden,
                 c/o Select Portfolio Servicing, Inc. 84165-0250
516491922       E-mail/Text: jennifer.chacon@spservicing.com Dec 15 2017 22:15:16
                 U.S. Bank National Association, as indenture,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
514210993       EDI: ECAST.COM Dec 15 2017 21:58:00       eCAST Settlement Corporation,    POB 29262,
                 New York NY 10087-9262,    eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
513720029       EDI: ECAST.COM Dec 15 2017 21:58:00       eCAST Settlement Corporation,    POB 29262,
                 New York NY 10087-9262
513668749      +EDI: NAVIENTFKASMSERV.COM Dec 15 2017 21:58:00       slma ecfc,    c/o sallie mae inc.,
                 220 lasley ave.,    wilkes-barre pa. 18706-1430
                                                                                              TOTAL: 28
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Dec 15, 2017
                              Form ID: 148             Total Noticed: 39


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513179981           Raritan Bay Fed Cr Un
513179959*         +Aspire,    Po Box 105555,    Atlanta, GA 30348-5555
513179966*        ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                   (address filed with court: Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,
                     Po Box 20363,    Kansas City, MO 64195)
513179962*         +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
513179963*         +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
513179964*         +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
513179968*         +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
513179969*         +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
513179973*         +Gemb/walmart,    Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
513179976*         +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
513179978*         +Hsbc/rs,    Attn: Bankruptcy Department,    Po Box 5263,    Carol Stream, IL 60197-5263
513179979*         +Hsbc/rs,    Attn: Bankruptcy Department,    Po Box 5263,    Carol Stream, IL 60197-5263
513179983*         +Raritan Bay Federal Cu,    491 Raritan St,    Sayreville, NJ 08872-1442
514210992*          eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
                                                                                          TOTALS: 1, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ileana   Montes    on behalf of Joint Debtor Diana K Rosario imontes@garcesgrabler.com
              Ileana   Montes    on behalf of Debtor Javier   Rosario imontes@garcesgrabler.com
              R. A. Lebron    on behalf of Creditor    HSBC CONSUMER LENDING, as servicer for BENEFICIAL
               FINANCIAL I INC. bankruptcy@feinsuch.com
                                                                                              TOTAL: 8