| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Albert Russo<br>CN 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on December 14, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Javier Rosario<br>Diana K Rosario<br><br><br><br>Debtor(s) | Case No.: 12-26769 / KCF<br><br>Chapter 13<br><br>Hearing Date: 12/13/2017  at 9:00 AM<br><br>Judge: Kathryn C. Ferguson |

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 14, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Javier Rosario  
Diana K Rosario  
    Debtors

Case No. 12-26769-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 15, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.  
db/jdb    +Javier Rosario,    Diana K Rosario,    2701 Lighthouse Lane,    Parlin, NJ 08859-2427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
           for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
           for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Ileana   Montes    on behalf of Joint Debtor Diana K Rosario imontes@garcesgrabler.com
          Ileana   Montes    on behalf of Debtor Javier   Rosario imontes@garcesgrabler.com
          R. A. Lebron    on behalf of Creditor    HSBC CONSUMER LENDING, as servicer for BENEFICIAL
           FINANCIAL I INC. bankruptcy@feinsuch.com
                                                                                      TOTAL: 8