| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. 9004-2(c)<br>**KIRSTEN B. ENNIS, LLC**<br>92 East Main Street, Suite 407<br>Somerville, NJ 08876<br>(908) 713-0345<br>mail@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Javier Rosario and Diana K. Rosario, Debtor(s) | Order Filed on February 6, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>    Javier Rosario and<br>    Diana K. Rosario,      Debtor(s) | Case No.: 12-26769<br><br>Chapter 13<br><br>Judge: Hon. Kathryn C. Ferguson<br><br>Hearing Date: 1/10/18 at 9:00 am |

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 6, 2018**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor(s): Javier Rosario and Diana K. Rosario
Case No: 12-26769
Caption of Order: **ORDER VACATING ORDER OF DISMISSAL AND REINSTATING BANKRUPTCY CASE**

This matter having come before the Court by the debtor's Motion to Reinstate Case; and the court having considered any objections filed; and for good cause shown; it is

ORDERED the case is reinstated effective as of the date of this order. The order dismissing this case dated December 13, 2017 remains in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. Until the original deadline fixed by the Court to file a complaint to challenge dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2. Until the original deadline fixed by the Court to file a proof of claim or required supplement, or sixty (60) days from the date of this Order, whichever is later; and

3. Until the original deadline fixed by the Court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor shall contact the case trustee to reschedule it.

IT IS FURTHER ORDERED that the claim of the Borough of Sayreville is marked as paid in full and an amended Proof of Claim is not needed;

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's Plan has not been confirmed, the confirmation hearing is rescheduled for _____ at _____.

IT IS FURTHER ORDERED that the Debtor shall, within three (3) days of the date of this Order, serve **ALL** creditors and other parties in interest with a copy of this Order and immediately thereafter, file a certification of service evidencing compliance herewith. This Order shall be effective as to such parties only upon service in accordance with this Order.