**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Javier Rosario | Social Security number or ITIN   xxx–xx–5683 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Diana K Rosario | Social Security number or ITIN   xxx–xx–8733 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 12–26769–KCF | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Javier Rosario                          Diana K Rosario

4/10/18                                 **By the court:** Kathryn C. Ferguson
                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-26769-KCF
Javier Rosario                                                          Chapter 13
Diana K Rosario
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Apr 10, 2018
                              Form ID: 3180W           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
```
db/jdb         +Javier Rosario,    Diana K Rosario,    2701 Lighthouse Lane,    Parlin, NJ 08859-2427
513179958      +Aspire,    Pob 105555,    Atlanta, GA 30348-5555
513430676      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513179970       Fia Csna/Bank of America,    Attn: Bankruptcy,    Po Box 15021,    Wilmington, DE 19850
513179980       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
513179982      +Raritan Bay Federal Cu,    491 Raritan St,    Sayreville, NJ 08872-1442
513257566       Sallie Mae, Inc. on behalf of ECMC,    ECMC,    PO Box 75906,    St. Paul, MN. 55175-0848
513179985      +Sayerville Township,    167 Main Street,    Sayreville, NJ 08872-1149
513179986      +Slomins,    125 Lauman Ln.,    PO Box 1886,    Hicksville, NY 11802-1886
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2018 22:57:27     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2018 22:57:24     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513179960       EDI: HFC.COM Apr 11 2018 02:28:00     Beneficial,    P.O. Box 17574,    Baltimore, MD 21297-1574
513630848      +E-mail/Text: DONNA@SAYREVILLE.COM Apr 10 2018 22:57:19     Borough of Sayreville,    167 Main St,
                 Sayreville, NJ 08872-1198
513179965       EDI: CITICORP.COM Apr 11 2018 02:28:00     Citibank Usa,
                 Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,    Kansas City, MO 64195
513179961      +EDI: NAVIENTFKASMSERV.COM Apr 11 2018 02:28:00     Chela/Sallie Mae,    Attn: Claims Department,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
513204600      +EDI: TSYS2.COM Apr 11 2018 02:28:00     Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513179967      +EDI: TSYS2.COM Apr 11 2018 02:28:00     Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
513194158       EDI: RMSC.COM Apr 11 2018 02:28:00     GE Capital Retail Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,    Orlando FL 32896-0661
513194155       EDI: RMSC.COM Apr 11 2018 02:28:00     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
513179971      +EDI: RMSC.COM Apr 11 2018 02:28:00     Gecrb/auto Pride,    Po Box 981439,
                 El Paso, TX 79998-1439
513179972      +EDI: RMSC.COM Apr 11 2018 02:28:00     Gemb/walmart,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
513179974      +EDI: CITICORP.COM Apr 11 2018 02:28:00     Goodyr/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
513386479      +EDI: HFC.COM Apr 11 2018 02:28:00     HSBC Mortgage Services, Inc.,    P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
513179975      +EDI: HFC.COM Apr 11 2018 02:28:00     Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,
                 Carol Stream, IL 60197-5213
513179977      +EDI: HFC.COM Apr 11 2018 02:28:00     Hsbc/rs,    Attn: Bankruptcy Department,    Po Box 5263,
                 Carol Stream, IL 60197-5263
513365227       EDI: JEFFERSONCAP.COM Apr 11 2018 02:28:00     Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
516294693       EDI: NAVIENTFKASMSERV.COM Apr 11 2018 02:28:00     Navient Solutions, Inc. FKA Sallie Mae ECFC,
                 PO Box 9640,    Wilkes-Barre, PA  18773-9640
513400562       EDI: PRA.COM Apr 11 2018 02:28:00     Portfolio Recovery Associates, LLC,    c/o Beneficial,
                 PO Box 41067,    Norfolk VA 23541
513318673       EDI: PRA.COM Apr 11 2018 02:28:00     Portfolio Recovery Associates, LLC,    c/o Thd,
                 POB 41067,    Norfolk VA 23541
513301753       EDI: PRA.COM Apr 11 2018 02:28:00     Portfolio Recovery Associates, LLC,    c/o Wal-mart,
                 POB 41067,    Norfolk VA 23541
513882110      +EDI: PRA.COM Apr 11 2018 02:28:00     PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541,    PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513882109      +EDI: PRA.COM Apr 11 2018 02:28:00     PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
513275315      +E-mail/Text: bankruptcy@pseg.com Apr 10 2018 22:56:34     PSEG,    PO BOX 490,
                 Cranford, NJ 07016,    Att:Bankruptcy Dept 07016-0490
513179984      +EDI: RMSC.COM Apr 11 2018 02:28:00     Sams Club / GEMB,    Attention: Bankruptcy Department,
                 Po Box 103104,    Roswell, GA 30076-9104
516491923      +E-mail/Text: jennifer.chacon@spservicing.com Apr 10 2018 22:58:36
                 U.S. Bank National Association, as indenture,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250,    U.S. Bank National Association, as inden,
                 c/o Select Portfolio Servicing, Inc. 84165-0250
516491922       E-mail/Text: jennifer.chacon@spservicing.com Apr 10 2018 22:58:36
                 U.S. Bank National Association, as indenture,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
514210993       EDI: ECAST.COM Apr 11 2018 02:28:00     eCAST Settlement Corporation,    POB 29262,
                 New York NY 10087-9262,    eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
513720029       EDI: ECAST.COM Apr 11 2018 02:28:00     eCAST Settlement Corporation,    POB 29262,
                 New York NY 10087-9262
513668749      +EDI: NAVIENTFKASMSERV.COM Apr 11 2018 02:28:00     slma ecfc,    c/o sallie mae inc.,
                 220 lasley ave.,    wilkes-barre pa. 18706-1430
```

```
District/off: 0312-3          User: admin               Page 2 of 2                   Date Rcvd: Apr 10, 2018
                              Form ID: 3180W            Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                               TOTAL: 30
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513179981         Raritan Bay Fed Cr Un
513179959*       +Aspire,    Po Box 105555,    Atlanta, GA 30348-5555
513179966*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                   Po Box 20363,    Kansas City, MO 64195)
513179962*       +Chela/Sallie Mae,    Attn: Claims Department,     Po Box 9500,    Wilkes-Barre, PA 18773-9500
513179963*       +Chela/Sallie Mae,    Attn: Claims Department,     Po Box 9500,    Wilkes-Barre, PA 18773-9500
513179964*       +Chela/Sallie Mae,    Attn: Claims Department,     Po Box 9500,    Wilkes-Barre, PA 18773-9500
513179968*       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
513179969*       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
513179973*       +Gemb/walmart,    Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
513179976*       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
513179978*       +Hsbc/rs,    Attn: Bankruptcy Department,    Po Box 5263,    Carol Stream, IL 60197-5263
513179979*       +Hsbc/rs,    Attn: Bankruptcy Department,    Po Box 5263,    Carol Stream, IL 60197-5263
513179983*       +Raritan Bay Federal Cu,    491 Raritan St,    Sayreville, NJ 08872-1442
514210992*        eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
                                                                                   TOTALS: 1, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Debtor Javier    Rosario pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              Kirsten B. Ennis    on behalf of Joint Debtor Diana K Rosario pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              R. A. Lebron    on behalf of Creditor    HSBC CONSUMER LENDING, as servicer for BENEFICIAL
               FINANCIAL I INC. bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 rsolarz@kmllawgroup.com
                                                                                               TOTAL: 9
```