| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-2(c)<br>**KIRSTEN B. ENNIS, LLC**<br>92 East Main Street, Suite 407<br>Somerville, NJ 08876<br>(908) 713-0345<br>mail@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Javier Rosario and Diana K. Rosario, Debtor(s) |

| In re:<br><br>      Javier Rosario and<br>      Diana K. Rosario,      Debtor(s) | Case No.: 12-26769<br><br>Chapter 13<br><br>Judge: Hon. Kathryn C. Ferguson |
|---|---|

Order Filed on May 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE** ☐ **LIEN** ☐ **OTHER (SPECIFY)**_____

| Recommended Local Form: ☐ Followed ☐ Modified |
|---|

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 24, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The Debtors have successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The Debtors are entitled to have the Mortgage/Lien referenced below discharge and cancelled of record.

3. Description of Real Property:

    Location (Street Address)    2701 Lighthouse Lane, Parlin, New Jersey

4. Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder:  Beneficial New Jersey d/b/a Beneficial Mortgage Co.

    a. Current Assignee: Beneficial of New Jersey

    b. Current Servicer:  Beneficial of New Jersey

    c. Date of Mortgage/Lien:   January 20, 2007

    d. Date of Recordation:    February 1, 2007

    e. Place of Recordation:    Middlesex County Clerk

        i.    Mortgage Book:   12149

        i.    Page:                    0506

    f. Original Principal Balance of Mortgage/Lien: $197,491.90

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharge of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.