| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. 9004-2(c)<br>**KIRSTEN B. ENNIS, LLC**<br>92 East Main Street, Suite 407<br>Somerville, NJ 08876<br>(908) 713-0345<br>mail@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Javier Rosario and Diana K. Rosario, Debtor(s) | **Order Filed on May 24, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>    Javier Rosario and<br>    Diana K. Rosario,    Debtor(s) | Case No.: 12-26769<br><br>Chapter 13<br><br>Judge: Hon. Kathryn C. Ferguson |

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:**

☒ **MORTGAGE** ☐ **LIEN** ☐ **OTHER (SPECIFY)** _____

Recommended Local Form: ☐ Followed ☐ Modified

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 24, 2018**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The Debtors have successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The Debtors are entitled to have the Mortgage/Lien referenced below discharge and cancelled of record.

3. Description of Real Property:

    Location (Street Address)    2701 Lighthouse Lane, Parlin, New Jersey

4. Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder:  Beneficial New Jersey d/b/a Beneficial Mortgage Co.

    a. Current Assignee: Beneficial of New Jersey

    b. Current Servicer:  Beneficial of New Jersey

    c. Date of Mortgage/Lien:   January 20, 2007

    d. Date of Recordation:    February 1, 2007

    e. Place of Recordation:    Middlesex County Clerk

        i.    Mortgage Book:   12149

        i.    Page:                   0506

    f. Original Principal Balance of Mortgage/Lien: $197,491.90

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharge of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

United States Bankruptcy Court
District of New Jersey

In re:  
Javier Rosario  
Diana K Rosario  
    Debtors

Case No. 12-26769-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: May 24, 2018  
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2018.  
db/jdb       +Javier Rosario,   Diana K Rosario,   2701 Lighthouse Lane,   Parlin, NJ 08859-2427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2018 at the address(es) listed below:  
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,  
         for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkecf@milsteadlaw.com,  
         alubin@milsteadlaw.com  
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,  
         for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Kirsten B. Ennis    on behalf of Joint Debtor Diana K Rosario pacerecf@ennislegal.com,  
         r53278@notify.bestcase.com  
        Kirsten B. Ennis    on behalf of Debtor Javier   Rosario pacerecf@ennislegal.com,  
         r53278@notify.bestcase.com  
        R. A. Lebron    on behalf of Creditor    HSBC CONSUMER LENDING, as servicer for BENEFICIAL  
         FINANCIAL I INC. bankruptcy@feinsuch.com  
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,  
         for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 rsolarz@kmllawgroup.com  
                                                                                                           TOTAL: 9