| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**<br><br>**LAW OFFICE OF EDWARD HANRATTY**<br>EDWARD HANRATTY, ESQ. (052151997)<br>57 W. MAIN STREET, SUITE 2D<br>FREEHOLD NJ 07728<br>TEL: 732-866-6655 | |
| IN RE:<br><br>**JAVIER ROSARIO & DIANA ROSARIO** | CASE NO.: 12-26769<br>HEARING DATE:<br>JUDGE: MBK |

# NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)

Edward Hanratty, Esq., attorney for debtor, Javier Rosario and Diana Rosario, in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

Respectfully Submitted,

Dated: March 14, 2022    **/s/ Edward Hanratty**
EDWARD HANRATTY, ESQ.