UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**THE LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 WEST MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
T:732-866-6655
F:732-734-0651

**Order Filed on August 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 12-26769
HEARING DATE:
CHAPTER: 13
JUDGE: MBK

IN RE:

**JAVIER ROSARIO AND DIANA K. ROSARIO**

### ORDER GRANTING MOTION REQUESTING REFUND OF FILING FEE IN CONNECTION WITH MOTION TO REOPEN (DOC 83)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 12, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is ordered that as of the 10th day of August, the debtor's motion is hereby **GRANTED.**

**ORDERED** that Bankruptcy Court Clerk shall refund debtors counsel in the amount of $235.00 in connection with the Motion to Reopen Bankruptcy Case (Doc 83).