| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**<br><br>**THE LAW OFFICE OF EDWARD HANRATTY**<br>EDWARD HANRATTY, ESQ. (052151997)<br>57 WEST MAIN STREET, SUITE 2D<br>FREEHOLD NJ 07728<br>T:732-866-6655<br>F:732-734-0651 | Order Filed on August 12, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>CASE NO.: 12-26769<br>HEARING DATE:<br>CHAPTER: 13<br>JUDGE: MBK |
| IN RE:<br><br>   **JAVIER ROSARIO AND DIANA K. ROSARIO** | |

## ORDER GRANTING MOTION REQUESTING REFUND OF FILING FEE IN CONNECTION WITH MOTION TO REOPEN (DOC 83)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 12, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is ordered that as of the 10th day of August, the debtor's motion is hereby **GRANTED.**

      **ORDERED** that Bankruptcy Court Clerk shall refund debtors counsel in the amount of $235.00 in connection with the Motion to Reopen Bankruptcy Case (Doc 83).

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 12-26769-MBK
Javier Rosario  Chapter 13
Diana K Rosario
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Aug 12, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Javier Rosario, Diana K Rosario, 2701 Lighthouse Lane, Parlin, NJ 08859-2427 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo (NA) | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Case 12-26769-MBK    Doc 91    Filed 08/14/22    Entered 08/15/22 00:16:49    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 12, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Edward Hanratty
    on behalf of Plaintiff Diana K Rosario thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

Edward Hanratty
    on behalf of Debtor Javier Rosario thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

Edward Hanratty
    on behalf of Plaintiff Javier Rosario thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

Edward Hanratty
    on behalf of Joint Debtor Diana K Rosario thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

Kenneth L. Baum
    on behalf of Defendant Educational Credit Management Corporation kbaum@kenbaumdebtsolutions.com ddipiazza@kenbaumdebtsolutions.com

Kirsten B. Ennis
    on behalf of Debtor Javier Rosario pacerecf@ennislegal.com r53278@notify.bestcase.com,kennis@jubileebk.net

Kirsten B. Ennis
    on behalf of Joint Debtor Diana K Rosario pacerecf@ennislegal.com r53278@notify.bestcase.com,kennis@jubileebk.net

Lauren Rebecca Jacoby
    on behalf of Defendant Navient lrjacoby@jacobylawonline.com

R. A. Lebron
    on behalf of Creditor HSBC CONSUMER LENDING as servicer for BENEFICIAL FINANCIAL I INC. bankruptcy@fskslaw.com

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 rsolarz@kmllawgroup.com

TOTAL: 15